ADA LUCCIONI, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Breitel and Bergan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX HANDWERGER and FRANK NATOLI, Appellants.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Breitel and Bergan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 57-59 EAST 59TH STREET, INC., Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York. Appellants. [502 Park Ave. and 53-57 E. 59th St., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Breitel and Bergan, JJ.

■

In the Matter of 75 MAIDEN LANE CORP., Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents.— In this consolidated certiorari tax proceeding to review assessments for the tax years 1950–51 and 1951–52 on premises 75 Maiden Lane, Borough of Manhattan, on all the relevant facts disclosed including the indicated fair returns, we find that the reduction of the assessments was not warranted. Order unanimously reversed and the assessments reinstated. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Breitel and Bergan, JJ.

■

ORA YOUNG et al., Appellants, v. ROSE LITUCHY, Respondent, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AURA GARCIA, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Bergan, JJ.

■

In the Matter of the Arbitration between KNICKERBOCKER TEXTILE CORPORATION, Respondent, and HENRY DONATH, Doing Business as PREVIEW SPORTSWEAR, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Bergan, JJ. [See post, p. 836.]

■

ROBERT F. KEANE, Respondent, v. E. MASSARI & SONS, INC., Defendant, and MASSARI FRUIT & PRODUCE CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Bergan, JJ.